No. 85–204. CHICAGO TRIBUNE CO. ET AL. *v.* JOHNSON, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL. Appeal

from Sup. Ct. Ill. dismissed for want of substantial federal question. JUSTICE WHITE, JUSTICE STEVENS, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.